Hon Mae D'Agostino
445 Broadway
Albany, NY 12207

U.S. DISTRICT COURT
N.D. OF N.Y.
Filed

MAY 01 2017

LAWRENCE K. BAERMAN, CLERK
ALBANY

Dear Judge D' Agostino,

Please let this letter serve as my formal request for legal representation in my case (USA v. Lababneh Case No. 1:14-cr-00189-MAD) from the court.

On March 15, 2017, I mailed a letter to both the court and the Albany Public Defenders office requesting a court appointed attorney by Hon Mae A D'Agostino. As of this date, I have not heard weather or not my request has been fulfilled therefore, I am requesting that the public defenders office represent me in my matter.

I am rapidly approaching the deadline to file a 2255 action with the court and would like your legal assistance in filing the appropriate documents so I remain compliant. After careful review, I have several points of merit that I believe, will allow me to prevail in this matter.

I am without the financial mean necessary to file this motion with a private pay attorney nor do I have the legal knowhow to prepare the documents necessary and be compliant within the courts process.

Please respond under Fed.R.Criminal P.12(a)(2) and (3) within the twenty-one (21) day required time period.

Your assistance in this matter is greatly appreciated.

Abdejlmaji K. Lababneh
BOP No. 58275-054
Federal Prison Camp Canaan
P.O. Box 200
Waymart, PA 18472